

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

March 25, 1960

Honorable Franklin L. Smith
County Attorney
Nueces County
Corpus Christi, Texas

*Reaffirmed by*
*M-168*

Opinion No. WW-820

Re: Can the District Clerk of
Nueces County charge a fee
to another county for the
furnishing of certified
copies of papers in criminal
cases which have been tried
in Nueces County, such in-
struments to be used in a
trial in the requesting
county?

Dear Mr. Smith:

You have requested our opinion on the following question:

"Can the District Clerk of Nueces
County charge a fee to another county
for the furnishing of certified copies of
papers in criminal cases which have been
tried in Nueces County, such instruments
to be used in a trial in the requesting
county?"

Section 1, Article 3912e, Vernon's Civil Statutes,
provides in part:

"Section 1. No district officer
shall be paid by the State of Texas any
fees or commissions for any service
performed by him; nor shall the State
or any county pay to any county officer
in any county containing a population of
twenty thousand (20,000) inhabitants or
more according to the last preceding
Federal Census any fee or commission for
any service by him performed as such of-
ficer; . . ." (Emphasis added.)

The above question is answered by the explicit terms of this article inasmuch as a district clerk is a county officer and the population of Nueces County exceeded twenty thousand (20,000) inhabitants according to the last preceding Federal Census.

Therefore, no fee shall be charged by the District Clerk of a county in which the population exceeded 20,000 inhabitants according to the last preceding Federal Census to another county for the furnishing of certified copies of instruments which are in the Clerk's possession.

### SUMMARY

The District Clerk of Nueces County cannot charge a fee to another county for the furnishing of certified copies of papers to be used in the requesting county in criminal cases.

Very truly yours,

WILL WILSON
Attorney General of Texas

By James M. Farris
James M. Farris
Assistant Attorney General

JMF:ms

APPROVED:

OPINION COMMITTEE
W. V. Geppert, Chairman

Edward A. Cazares
Cecil C. Cammack, Jr.
Leon F. Pesek
Bob Eric Shannon

REVIEWED FOR THE ATTORNEY GENERAL
By: Leonard Passmore